IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEROME W., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | No. 3:25-CV-2835-X-BV |
| V. | § | |
| | § | |
| FRANK BISIGNANO, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 20). No objections were filed. The United States District Judge has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 14th day of July, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE